No. 87–318.   PRATT & WHITNEY AIRCRAFT DIVISION, UNITED TECHNOLOGIES CORP. *v.* BALDRACCHI.   C. A. 2d Cir.   Motion of Jonna Lingle for leave to file a brief as *amicus curiae* granted.

No. 87–5315.   WRENN *v.* BOARD OF DIRECTORS, WHITNEY M. YOUNG, JR., HEALTH CENTER, INC., ET AL.   C. A. 2d Cir.; and

No. 87–5353.   WRENN *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 2d Cir.   Motions of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until November 3, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis.*

No. 87–291.   IN RE CONSTANT.   C. A. Fed. Cir.   Petition for writ of common-law certiorari denied.

No. 87–5435.   IN RE CALLANAN; and

No. 87–5487.   IN RE FRASSETTO.   Petitions for writs of habeas corpus denied.

No. 86–1845.   TORRES *v.* OAKLAND SCAVENGER CO. ET AL.   C. A. 9th Cir.   Certiorari granted.

No. 86–1908.   STEWART ORGANIZATION, INC., ET AL. *v.* RICOH CORP. ET AL.   C. A. 11th Cir.   Certiorari granted.

No. 86–2000.   UNITED STATES *v.* KOZMINSKI ET AL.   C. A. 6th Cir.   Certiorari granted.

No. 87–6.   HUDDLESTON *v.* UNITED STATES.   C. A. 6th Cir. Certiorari granted.